UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**JIMMY HARRIS**
    **Plaintiff,**

 v.           Case No. 14CV1002

**CITY OF MILWAUKEE, et al.,**
    **Defendants.**

---

## ORDER

**IT IS ORDERED** that a Fed. R. Civ. P. 16(b) scheduling conference will be held on **October 24, 2014 at 11:00 a.m.** in Room 364, 517 E. Wisconsin Avenue, Milwaukee, Wisconsin. The participation of the attorney who will be handling the case is required. If plaintiff fails to appear this case may be dismissed.

The parties should note Fed. R. Civ. P. 26(f), which requires that they confer with each other at least 21 days before the Rule 16(b) scheduling conference and file a written report of their proposed discovery plan within 14 days after their Rule 26(f) conference. The first paragraph of the joint Rule 26(f) report should state the date and time given above for the Rule 16(b) scheduling conference. The parties should also note Rule 26(a)(1), which requires (unless they agree otherwise) that they make their initial disclosures to each other within 14 days after their Rule 26(f) conference.

Dated at Milwaukee, Wisconsin, this 8th day of September 2014.

                 s/ Lynn Adelman
                 _____
                 LYNN ADELMAN
                 District Judge