UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JIMMY HARRIS
              Plaintiff,

  v.                                  Case No. 14CV1002

CITY OF MILWAUKEE, et al.,
              Defendants.

## ORDER

**IT IS ORDERED** that a telephonic Fed. R. Civ. P. 16(b) scheduling conference will be held on **September 1, 2015 at 1:00 p.m.** The court will initiate the call. The name and contact information of the attorney who will be participating in the conference call should be noted in the Rule 26(f) report.

The parties should note Fed. R. Civ. P. 26(f), which requires that they confer with each other at least 21 days before the Rule 16(b) scheduling conference and file a written report of their proposed discovery plan within 14 days after their Rule 26(f) conference. The first paragraph of the joint Rule 26(f) report should state the date and time given above for the Rule 16(b) scheduling conference. The parties should also note Rule 26(a)(1), which requires (unless they agree otherwise) that they make their initial disclosures to each other within 14 days after their Rule 26(f) conference.

Dated at Milwaukee, Wisconsin, this 22nd day of July 2015.

                                              s/ Lynn Adelman
                                              _____
                                              LYNN ADELMAN
                                              District Judge