# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JIMMY HARRIS**
        **Plaintiff,**

  v.                                  Case No. 14CV1002

**CITY OF MILWAUKEE, et al.,**
        **Defendants.**

## ORDER

    **IT IS ORDERED** that a status conference will be held on **August 9, 2016 at 11:30 a.m.** in Room 364, 517 E. Wisconsin Avenue, Milwaukee, Wisconsin to discuss the motion to withdraw and the issue of expenses. Plaintiff's counsel is directed to make sure that plaintiff is present.

    Dated at Milwaukee, Wisconsin, this 29th day of July 2016.

                                                     s/ Lynn Adelman
                                                     _____
                                                     LYNN ADELMAN
                                                     District Judge