## TO THE EARSTERN DISTRICT COURT

## HONORABLE JUDGE LYNN

## I JIMMY HARRIS ASKING FOR EXTENSION FOR REFERAL FOR RE-APOINTED FINACIAL LARGER ATTORNEY FIRM FOR REPRESENTATION

## CASE N0. 14-CV-1002

## DATE 7/28/16

## PLAINTIFF JIMMY HARRIS



I JIMMY HARRIS IS ASKING HONORABLE JUDGE LYNN IF I CAN HAVE ANOTHER RECOMMENDATION, ATTORNEY A POINTED ASSIGN TO MY CASE TO REPRESENT ME IN MY CIVIL CASES AGAINST CITY OF MILWAUKEE DUE TO A POINTED REFERAL PRIOR REPRESENT ATTORNEY TIMOTHY L. BALDWIN HAS LIMITATION ON FUNDS TO HIRE MEDICAL EXPERT SPECIALIST DR. TO RETAINED FOR EVALUATION EXAMEND PURPOSE IN TRIAL & HIRE AN INVESTIGATOR EXPERT TO IDENTIFY ERRORS IN POLICE PROCEDURE THAT CONTRIBUTED TO THE BRUTALITY I SUFFERED.

I JIMMY HARRIS IS ASKING FOR ONE OR THE OTHER

**TO HONORABLE JUDGE LYNN & EASTURN DISTRIC COURT**

**1.** IS IF POSSIBLY FUNDINGS CAN BE WAIVED FOR SPECIALIS DR., & POLICING PROCEEDURE EXPERT COVERAGE OR REINBURST IN MY BEHALF DUE TO I WAS INJUSTICLY STOP VIOLATED INJURED BY MAIN OFFICER, OTHER OFFICERS RIGHT AFTER A SURGERY THAT I HAD NOT CAUSED ANY ATTENTION TO DESERVED THIS OR DONE! JUST PULLING OUT THE EMERGENCY PATIENT PICK UP

**2.** OR IF POSSIBLE REASIGN A FIRM THAT'S MORE LARGER FINACIAL ABLE TO CARRY THE FUNDING IN TO REBURSTMENT IN MY CASE PROBONO ACCEPTING ATTORNEY OR ATTORNIES.

**MY CONTACT IS 1(414) 999-6033**

**5124 N.32 MILWAUKEE WI,53209**

**THANK YOU FOR YOUR TIME**

**JIMMY HARRIS**

**DATE JULY 30, 2016**