# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

Harris

**Plaintiff,**

v.

City of Milwaukee

**Defendant.**

Case No. 14CV1002

## COURT MINUTES OF CONFERENCE

Judge Lynn Adelman, presiding
Time Commenced: 11:30 am
Deputy Clerk: CM

Date: 8/9/16
Concluded: 12:00 pm
Court Reporter: —

**APPEARANCES:**

Plaintiff: Timothy Baldwin w/ Jimmy Harris

Defendant: Jan Smokowicz

Nature of Conference: Status  [ ] Telephonic

Notes:
- discussed counsel's motion to withdraw and current schedule.
- The Court suspended all current deadlines in the case to give plaintiff and counsel time to seek replacement counsel or otherwise retain needed experts.
- Status conference scheduled for September 20, 2016 (9/20/16) at 10:30 am. Plaintiff and counsel must appear.
- Motion for extension of time (ECF No. 44) and motions for disbursement of funds (ECF Nos. 42 and 43) denied as moot.