

**Nathaniel Cade, Jr.**
Email: nate@cade-law.com

P.O. Box 170887
Milwaukee, WI 53217
414.255.3802/T
414.255.3804/F
www.cade-law.com

October 12, 2016

**VIA ECF ONLY**

Hon. Lynn Adelman
U.S. District Court
E.D. Wisconsin
517 E. Wisconsin Street
Milwaukee, WI 53202

      Re:    Harris v. City of Milwaukee et al.
                E.D. Wis. Case No. 14-CV-1002

Dear Judge Adelman:

      I am in receipt of the Court's Order with regards to today's status conference. Thank you.

      One issue not addressed in today's Order is the Court's granting of Attorney Timothy Baldwin's request to withdraw as court-appointed counsel for Plaintiff. Although the Court indicated orally that the motion was granted, today's written order is silent on that point, and Attorney Baldwin is still listed as counsel in the ECF docket.

                                              Very truly yours,

                                              **CADE LAW GROUP LLC**

                                              Nathaniel Cade, Jr.

NC:cn

cc:    Timothy Baldwin, Esq. (via ECF only)
        Jan Smokowicz, Esq. (via ECF only)
        Jimmy Harris