UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JIMMY HARRIS,

        Plaintiff,

    v.

CITY OF MILWAUKEE, OFFICER FROILAN SANTIAGO, OFFICER MARK KAPUSTA, OFFICER STEVEN STELTER, CHIEF OF POLICE EDWARD FLYNN and SERGEANT McCULOUGH,

        Defendants.

Case No.: 14-CV-1002

---

## STIPULATION TO EXTEND AND MODIFY CERTAIN DEADLINES OF THE SCHEDULING ORDER

---

The undersigned counsel, on behalf of the parties in the above-captioned matter, hereby stipulate and agree to amend the following dates and deadlines in the Scheduling Order dated October 12, 2016:

1. a. All requests for discovery on all claims shall be served by a date sufficiently early so that all discovery in this case can be completed no later than **November 1, 2017** as changed from the original deadline of September 1, 2017.

    b. Any discovery motions brought pursuant to Rules 26 through 37 of the Federal Rules of Civil Procedure must comply with Civil L.R. 37, by including a written certification by the movant that, after the movant in good faith has conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without court action, the parties are unable to reach an accord. The statement must recite the date and time of the conference or conferences and the names of all parties participating in the conference or conferences.

c. All discovery motions and non-dispositive pretrial motions **must** be filed pursuant to Civil L.R. 7(h), unless the court otherwise permits. The motion **must not exceed three pages in length.** **No separate memorandum** may be filed with the motion, and any supporting affidavit allowed by Civil L.R. 7(h) **must not exceed two pages**. An opposing memorandum, which **must not exceed three pages in length**, may be filed within seven days of service of the motion. The court will notify the parties of the date and time for a hearing on the motion, if the court deems it necessary.

2. a. Any dispositive motions must be served and filed on or before **December 1, 2017** as changed from the original deadline of October 1, 2017.

b. All summary judgment motions and briefing thereon must comply with Civil L.R. 7 and 56(b). Any summary judgment motion filed against a pro se litigant must comply with Civil L.R. 56(a).

3. The court expects counsel to confer and make a good faith effort to settle the case.

Dated this 1st day of September, 2017.   **CADE LAW GROUP LLC**

By: s/Nathaniel Cade, Jr.
Nathaniel Cade, Jr. SBN:1028115
Matthew T. Fricker SBN: 1018430
P.O. Box 170887
Milwaukee, WI 53217
(414) 255-3802 (phone)
(414) 255-3804 (fax)
nate@cade-law.com
matt@cade-law.com

Attorneys for Plaintiff Jimmy L. Harris

Dated this 1st day of September, 2017.	**GRANT F. LANGLEY - CITY ATTORNEY**

By: /s/ Jan. A. Smokowicz
    Jan A. Smokowicz. SBN:1008429
    Assistant City Attorney
    200 E. Wells Street, Room 800
    Milwaukee, WI 53202
    (414) 286-2601 (phone)
    (414) 286-8550 (fax)
    jsmoko@milwaukee.gov

Attorneys for Defendants City of Milwaukee, Froilan Santiago, Mark Kapusta, Steven Stelter, Edward Flynn and Walter McCullough

-3-