UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
───────────────────────────────────────────────

JIMMY HARRIS,

    Plaintiff,

    v.                    Case No. 14-CV-1002-LA

CITY OF MILWAUKEE,
OFFICER FROILAN SANTIAGO,
OFFICER MARK KAPUSTA,
OFFICER STEVEN STELTER,
CHIEF OF POLICE EDWARD FLYNN,
and SERGEANT MCCULLOUGH,

    Defendants.
───────────────────────────────────────────────

**STIPULATION TO MODIFY SCHEDULING ORDER**
───────────────────────────────────────────────

    The parties having completed most of the discovery in the above-captioned case, but having encountered previously-unexpected delays in completing the remaining depositions in this case due to the schedules of the witnesses and counsel for the parties herein,

    Because of the foregoing, the parties, through their counsel, hereby stipulate to amend the scheduling order herein of October 12, 2016, as modified by the order of September 5, 2016, as follows:

    1.    All requests for discovery on all claims shall be served by a date sufficiently early so that all discovery in this case can be completed no later than January 8, 2018, rather than the previously-set date of November 1, 2017.

    2.    Any dispositive motions must be served and filed on or before February 1, 2018, rather than the previously-set date of December 1, 2017.

1

3. The remaining provisions of the stipulation of September 1, 2017 and the order of September 5, 2017, relating to discovery, non-dispositive motions, and settlement, remain in full effect as though fully set forth herein.

Dated: October 4, 2017            CADE LAW GROUP LLC

                                            s/NATHANIEL CADE, JR.
Nathaniel Cade, Jr.
State Bar # 1028115
Matthew T. Fricker
State Bar # 1018430
P.O. Box 170887
Milwaukee, WI 53217
414-255-3802
414-255-3804 (fax)
nate@cade-law.com
matt@cade-law.com

Attorneys for Plaintiff

Dated: October 3, 2017            GRANT F. LANGLEY
City Attorney

s/JAN A. SMOKOWICZ
Jan A. Smokowicz
Deputy City Attorney
State Bar # 1008429
200 East Wells Street, Room 800
Milwaukee, WI 53202
414-286-2601
414-286-8550 (fax)
jsmoko@milwaukee.gov

Attorneys for Defendants

1032-2014-2034.001:243612