UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

JIMMY HARRIS,

                Plaintiff,

v.                                            Case No. 14-C-1002

CITY OF MILWAUKEE,
OFFICER FROILAN SANTIAGO,
OFFICER MARK KAPUSTA,
OFFICER STEVEN STELTER,
CHIEF OF POLICE EDWARD FLYNN,
SERGEANT WALTER MCCULOUGH,

                Defendants.
_____

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
_____

       Pursuant to Fed. R. Civ. P. 56, the defendants hereby move for summary judgment, dismissing the plaintiff's claims under federal law against them with prejudice and with costs and dismissing the plaintiff's claims under state law without prejudice. This motion is based upon the pleadings and filings herein, together with the accompanying affidavit, proposed findings of fact of these defendants, and the accompanying memorandum of law.

       Dated at Milwaukee, Wisconsin this 7th day of February, 2018.

| | |
|---|---|
| P.O. ADDRESS: | GRANT F. LANGLEY<br>City Attorney |
| 200 East Wells Street, Room 800<br>Milwaukee, WI 53202<br>(414) 286-2601<br>Facsimile: (414) 286-8550<br>jsmoko@Milwaukee.gov | s/JAN A. SMOKOWICZ<br>Deputy City Attorney<br>Attorneys for Defendants |

1032-2014-2034.001:246932