UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JIMMY L. HARRIS,

    Plaintiff,

v.

Case No.: 14-CV-1002

CITY OF MILWAUKEE, OFFICER FROILAN SANTIAGO, OFFICER MARK KAPUSTA, OFFICER STEVEN STELTER, CHIEF OF POLICE EDWARD FLYNN, and SERGEANT WALTER McCULLOUGH,

    Defendants.

## DECLARATION OF NATHANIEL CADE, JR. IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to 28 U.S.C.§ 1746, the undersigned, Nathaniel Cade, Jr., makes the following statements under penalty of perjury under the laws of the United States.

1. I am an attorney duly licensed to practice law within the State of Wisconsin.

2. I represent Plaintiff Jimmy L. Harris in the above-captioned case.

3. This Declaration is made in support of Plaintiff Jimmy L. Harris' brief filed in opposition to Defendants' Motion for Summary Judgment.

4. Attached as **Exhibit 1** is a true and correct copy of the March 28, 2018 Expert Report of Brian L. Landers of LandersCRT, LLC with the following attached referenced documents marked as Exhibits A through N:

- Exhibit A: *Diversity:* A Training Guide for Law Enforcement Officers - Wisconsin Department of Justice Law Enforcement Standards Board (June, 2005)

- Exhibit B: *Raising Our Standards Above Criminal Culpability*

by Chief of Police Edward A. Flynn (November 25, 2016)

- Exhibit C: Milwaukee Police Department – Standard Operating Procedure 460 – Use of Force (December 18, 2009)

- Exhibit D: Milwaukee Police Department – Amendment to Standard Operating Procedure 3/460-Use of Force issued by Chief of Police Nannette H. Hergerty (July 2, 2007)

- Exhibit E: Milwaukee Police Department – Froilan Santiago's Transcript - Milwaukee Academy Class of February 2006 (February 16, 2007)

- Exhibit F: Milwaukee Police Department – Standard Operating Procedure 460 – Use of Force (August 20, 2009)

- Exhibit G: Milwaukee Police Department Code of Conduct (May 27, 2010)

- Exhibit H: Milwaukee Police Department Memo Regarding In-Service Training Session #1 and Article: *Officer Created Jeopardy Concepts* by Major Steve James (August 11, 2010)

- Exhibit I: Milwaukee Police Department In-Service Training - Vehicle Contacts Court Cases - Power Point Presentation (2010)

- Exhibit J: Wisconsin Department of Justice Training and Standards Bureau's Wisconsin Law Enforcement Officers Criminal Law Handbook (August, 2009)

- Exhibit K: *Vehicle Contacts:* A Training Guide for Law Enforcement Officers - Wisconsin Department of Justice Law Enforcement Standards Board (April, 2002)

- Exhibit L: *Defensive and Arrest Tactics:* A Training Guide for Law Enforcement Officers - Wisconsin Department of Justice Law Enforcement Standards Board (April, 2002)

- Exhibit M: *Vehicle Contacts:* A Training Guide for Law Enforcement Officers - Wisconsin Department of Justice Law Enforcement Standards Board – Power Point Presentation (December, 2009)

- Exhibit N: *Professional Communication:* A Training Guide for

Law Enforcement Officers - Wisconsin Department of Justice
Law Enforcement Standards Board (April, 2002)

5. Attached as **Exhibit 2** is a true and correct copy of the deposition transcript of Jimmy L. Harris taken on December 8, 2017.

6. Attached as **Exhibit 3** is a true and correct copy of the deposition transcript of Froilan Santiago taken on July 12, 2017.

7. Attached as **Exhibit 4** is a true and correct copy of the deposition transcript of Mark T. Kapusta taken on July 26, 2017.

8. Attached as **Exhibit 5** is a true and correct copy of the deposition transcript of Steven M. Stelter taken on July 31, 2017.

9. Attached as **Exhibit 6** is a true and correct copy of the deposition transcript of Eric C. Ratzmann taken on July 20, 2017.

10. Attached as **Exhibit 7** is a true and correct copy of the deposition transcript of Crystal Jacks taken on November 15, 2017.

11. Attached as **Exhibit 8** is a true and correct copy of the deposition transcript of Edward Flynn taken on November 13, 2017.

Executed this 3rd day of May, 2018.

/s/*Nathaniel Cade, Jr.*_____
Nathaniel Cade, Jr.