# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**JIMMY HARRIS,**
      **Plaintiff,**

      **v.**                             **Case No. 14-CV-1002**

**CITY OF MILWAUKEE et al.,**
      **Defendants.**

---

## COURT MINUTES OF CONFERENCE

Judge Lynn Adelman, presiding          Date:  10/26/18
Time Commenced:  1:15 p.m.,          Concluded:  1:33 p.m.
Deputy Clerk: ELT                 Court Reporter:  none

APPEARANCES:

Plaintiff:  Nathaniel Cade, Jr.

Defendant: Jan Smokowicz

Nature of Conference: Telephonic Status Conference

Notes:

- Plaintiff to provide defendant with medical bills and other information related to damages.

- The case will be referred to a magistrate judge for mediation.