

**NATHANIEL CADE, JR.**
nate@cade-law.com
www.cade-law.com

January 8, 2019

**VIA ELECTRONIC FILING**

Hon. Lynn Adelman
U.S. District Court for the Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, WI 53202

  Re: <u>Jimmy L. Harris v. City of Milwaukee, et al.</u>
     Eastern District of Wisconsin Case No. 14-CV-1002

Dear Judge Adelman:

  As noted by Judge Callahan's minute entry from this morning, the parties were unable to mediate.

  Currently, Plaintiff's motion for summary judgment remains pending. If the Court is inclined to deny the motion by written order, I would ask that the Court set a date for a telephone status conference so that a date for the final pretrial and a trial date be provided to try this matter as soon as possible

         Very truly yours,

         **CADE LAW GROUP LLC**

         Nathaniel Cade, Jr.

NC:cn

cc: Mr. Jimmy Harris
   Jan A. Smokowicz, Esq. (via ECF Only)

P.O. BOX 170887, MILWAUKEE, WISCONSIN 53217
(414) 255-3802 (o)  (414) 255-3804 (f)

Case 2:14-cv-01002-LA  Filed 01/08/19  Page 1 of 1  Document 102