# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**JIMMY HARRIS,**
      **Plaintiff,**

      **v.**                                **Case No. 14-CV-1002**

**CITY OF MILWAUKEE et al.,**
      **Defendants.**

---

## ORDER

**IT IS ORDERED** that a telephonic status conference will be held on **February 21, 2019 at 11:30 a.m.** The court will initiate the call. Counsel must call the court prior to the call at 414-297-1285 to provide contact information.

Dated at Milwaukee, Wisconsin, this 6th day February, 2019.

s/Lynn Adelman
LYNN ADELMAN
District Judge