# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JIMMY HARRIS,**
      **Plaintiff,**

    v.                        Case No. 14-CV-1002

**CITY OF MILWAUKEE et al.,**
      **Defendants.**

## COURT MINUTES OF CONFERENCE

| | |
|---|---|
| Judge Lynn Adelman, presiding | Date: February 21, 2019 |
| Time Commenced: 11:33 a.m. | Concluded: 11:54 a.m. |
| Deputy Clerk: ELT | Court Reporter: none |

APPEARANCES:

Plaintiff: Nathaniel Cade, Jr.

Defendant: Jan Smokowicz

Nature of Conference: Telephonic Status Conference

Notes:

- The parties set the following schedule:
    - Final pretrial conference Aug 2, 2019 at 11 am.
    - Trial beginning September 3 at 8:30 am.
        - Trial anticipated to last 2 days.
- The parties discussed the possibility of mediation/settlement.