# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**JIMMY HARRIS,**
    **Plaintiff,**

    v.                             Case No. 14-CV-1002

**CITY OF MILWAUKEE et al.,**
    **Defendants.**

---

## ORDER

**IT IS ORDERED** that a telephonic conference regarding mediation will be held on **March 25, 2019 at 1:30 p.m.** The court will initiate the call. Counsel must email the court prior to the call at AdelmanPO@wied.uscourts.gov to provide contact information.

Dated at Milwaukee, Wisconsin, this 20th day March, 2019.

                                                s/Lynn Adelman
                                                LYNN ADELMAN
                                                District Judge