# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JIMMY HARRIS,**
    Plaintiff,

    v.        Case No. 14-CV-1002

**CITY OF MILWAUKEE et al.,**
    Defendants.

## COURT MINUTES OF CONFERENCE

Judge Lynn Adelman, presiding      Date: March 25, 2019
Time Commenced: 1:23 p.m.      Concluded: 1:26 pm
Deputy Clerk: ELT      Court Reporter: none

APPEARANCES:

Plaintiff: Nathaniel Cade, Jr.

Defendant: Jan Smokowicz

Nature of Conference: Telephonic Conference

Notes:

- The parties requested mediation by the court.
- The court set a mediation conference for Tuesday, April 16 at 11:30 a.m.