# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

**JIMMY HARRIS,**
   **Plaintiff,**

  **v.**        **Case No. 14-CV-1002**

**CITY OF MILWAUKEE et al.,**
   **Defendants.**

---

## COURT MINUTES OF CONFERENCE

Judge Lynn Adelman, presiding    Date:  September 27, 2019
Time Commenced:  2:00 p.m.     Concluded:   2:37 p.m.
Deputy Clerk: ELT        Court Reporter:  none

APPEARANCES:

Plaintiff:  Nathaniel Cade, Jr.

Defendant: Jan Smokowicz

Nature of Conference: Phone Status Conference

Notes:

- The court and parties discussed narrowing the claims in advance of trial.
- The parties agreed to dismiss defendant Chief Flynn from the case.
- The parties agreed that the Monell claim against the city would be limited to failure to train on the issue of vehicle color as grounds for a traffic stop.
- As the court understands it, plaintiffs primary claims are against Officer Santiago. The other claims are:
  - Monell claim against City of Milwaukee
  - Failure to Intervene claim against Officer McCullough
  - Excessive Force claims against Officers Kapusta and Stelter.