# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JIMMY HARRIS,**
    **Plaintiff,**

v.                        Case No. 14-CV-1002

**CITY OF MILWAUKEE et al.,**
    **Defendants.**

## COURT MINUTES OF CONFERENCE

Judge Lynn Adelman, presiding        Date: September 27, 2019
Time Commenced: 11:10 a.m.           Concluded: 11:30 a.m.
Deputy Clerk: ELT                      Court Reporter: none

APPEARANCES:

Plaintiff: Nathaniel Cade, Jr.

Defendant: Jan Smokowicz, Naomi Gehling

Nature of Conference: Pretrial Conference

Notes:

- Parties still far apart on settlement.
- P's counsel is having trouble scheduling a deposition with the doctor who performed Mr. Harris' most recent surgery. City not willing to stipulate to admission of medical records without deposition of doctor. Plaintiff requests adjournment of trial. Court reschedules trial for March 2, 2020. Final pretrial conference to be held on February 21, 2020 at 11:00 a.m.
- Plaintiff raises concern that defendants did not provide CV, other documentation for two police officer trainers that will be testifying as experts. Defendants agree to provide this documentation.
- Defendants raised several housekeeping issues:
    - Since Chief Flynn is no longer a defendant to the case, his name should be removed from the caption, and jury instructions that mention him as a defendant or discuss supervisory liability should not be given. The court agrees.
    - Defendants identify several of plaintiff's proposed exhibits that are excluded pursuant to the court's order granting defendants' motion in limine to exclude evidence of prior employee misconduct. These exhibits are numbers 2, 4, 6, 9, 10, 13, 14, 17, 18, 57.