UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JIMMY HARRIS,
    Plaintiff,

v.                                              Case No. 14-CV-1002

CITY OF MILWAUKEE et al.,
    Defendants.

## VERDICT

### UNLAWFUL STOP

1. Did Officer Froilan Santiago stop Jimmy Harris' vehicle without reasonable suspicion?

    ANSWER: __Yes__ (Yes or No)

*If you answered "yes" to Question 1, then answer Questions 2 and 3. If you answered "no" to question 1, then proceed directly to Question 4.*

2. Did the City of Milwaukee have an unconstitutional policy of failing to train its police officers that caused Froilan Santiago to unlawfully stop Jimmy Harris' vehicle?

    ANSWER: __Yes__ (Yes or No)

3. What amount of money will fairly and reasonably compensate Jimmy Harris for the unlawful stop?

    ANSWER: $ __1750.00__

*Proceed to Question 4.*

### EXCESSIVE FORCE; ASSAULT; BATTERY

4. Did Officer Froilan Santiago use excessive force against Jimmy Harris?

    ANSWER: __Yes__ (Yes or No)

*Proceed to Question 5.*

5. Did Officer Steven Stelter use excessive force against Jimmy Harris?

    ANSWER: __NO__ (Yes or No)

Proceed to Question 6.

6. Did Officer Mark Kapusta use excessive force against Jimmy Harris?

    ANSWER: __NO__ (Yes or No)

Proceed to Question 7.

7. Did Officer Froilan Santiago unlawfully assault Jimmy Harris?

    ANSWER: __YES__ (Yes or No)

Proceed to Question 8.

8. Did Officer Froilan Santiago commit a battery against Jimmy Harris?

    ANSWER: __YES__ (Yes or No)

*If you answered "yes" to one or more Questions 4, 5, 6, 7, or 8, then answer Question 9. If you answered "no" to each of these Questions, then skip Question 9 and proceed directly to Question 10.*

9. What amount of money will fairly and reasonably compensate Jimmy Harris for his injuries resulting from the use of excessive force, assault and/or battery?

    ANSWER: $__1,560,000.00__

Proceed to Question 10.

## ILLEGAL SEARCH

10. Did Officer Froilan Santiago unreasonably search inside Jimmy Harris' car?

    ANSWER: __YES__ (Yes or No)

*If you answered yes to Question 10, then proceed to Question 11. If you answered "No" to Question 10, then skip Question 11 and proceed directly to Question 12.*

11. What amount of money will fairly and reasonably compensate Jimmy Harris for the unreasonable search of his car?

    ANSWER: $ __4,125.00__

*Proceed to Question 12.*


## UNLAWFUL ARREST

12. Did Officer Froilan Santiago arrest Jimmy Harris without probable cause?

    ANSWER: __YES__ (Yes or No)

*If you answered "yes" to Question 12, then answer Questions 13 and 14. If you answered "No" to question 12, then skip Questions 13 and 14 and proceed directly to Question 15.*

13. Did Officer Walter McCullough fail to intervene to prevent the ongoing detention of Jimmy Harris following the unlawful arrest?

    ANSWER: __YES__ (Yes or No)

*Proceed to Question 14.*

14. What amount of money will fairly and reasonably compensate Jimmy Harris for his unlawful arrest?

    ANSWER: $ __19,313.00__

*Proceed to Question 15.*

3

## PUNITIVE DAMAGES

*If you answered "Yes" to one or more of Questions 1, 4, 7, 8, 10 or 12, then answer Question 15 with respect to Froilan Santiago. If you answered "No" to each of these questions, then line through Froilan Santiago's name and do not answer as to him.*

*If you answered "Yes" to Question 5 then answer Question 15 with respect to Steven Stelter. If you answered "No" to Question 5, then line through Steven Stelter's name and do not answer as to him.*

*If you answered "Yes" to Questions 6, then answer Question 15 with respect to Mark Kapusta. If you answered "No" to Question 6, then line through Mark Kapusta's name and do not answer as to to him.*

*If you answered "Yes" to Question 13, then answer Question 15 with respect to Walter McCullough. If you answered "No" to Question 13, then line through Walter McCullough's name and do not answer as to him.*

15. What amount of money, if any, do you assess as punitive damages against each of the following defendants?

    Froilan Santiago:        $ 40,000

    ~~Steven Stelter:~~      $ _____

    ~~Mark Kapusta:~~        $ _____

    Walter McCullough:       $ 50,000

Dated: 3/4/20

4