# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**JIMMY HARRIS,**
        **Plaintiff,**

  v.                                        Case No. 14-CV-1002

**CITY OF MILWAUKEE, et al.,**
        **Defendant.**

---

## COURT MINUTES OF JURY TRIAL

Judge Lynn Adelman, presiding        Date: March 2-4, 2020
Deputy Clerk: ELT                           Court Reporter: Sue Armbruster

APPEARANCES:

Plaintiff:    Cade

Defendant:    Smokowicz; Gehling

Nature of Conference: Jury Trial

Notes:

**March 2, 2020**

| | |
|---|---|
| 10:35 am | Voir Dire |
| 11-11:05 | Strikes for cause |
| | Preliminary Instructions |
| 11:15 | Batson Challenge re Juror #14 |
| 11:32 | Jury out; D raises issue re exhibits in P's opening statement |
| 11:40 | P opening statement |
| 12:03 | D opening statement |
| 12:20 | Lunch break |
| 1:05 | P calls C. Simms |
| 2:05 | cross Simms |
| 2:25 | Redirect Simms |

| | |
|---|---|
| 2:26 | P calls C Jacks |
| 2:42 | cross Jacks |
| 2:55 | redirect Jacks |
| 2:57 | break |
| 3:07 | P calls defendant McCullough. Not present. P moves for default judgment. Court will decide at end of trial. |
| 3:10 | Kornreich video dep played |
| 4:35 | Break |
| 4:40 | Grindel video dep played. |
| 5:45 | P moves admission of exhibits relied on in video deps. Adjourn. |

**March 3, 2020**

| | |
|---|---|
| 10:30 | Court in session. P calls defendant Stelter |
| 11:05 | cross stelter |
| 11:30 | redirect stelter |
| 11:32 | P calls defendant Kapusta |
| 11:45 | cross Kapusta |
| 11:55 | redirect Kapusta |
| 11:57 | P calls defendant Santiago |
| 12:15 | lunch break |
| 1:00 | P examination of Santiago, cont'd cross and redirect |
| 2:45 | break |
| 3:00 | P calls Brian Landers |
| 3:40 | sidebar re scope of landers testimony |
| 3:42 | p examination of landers cont'dd |
| 4 | cross Landers |
| 4:35 | redirect landers |
| 4:40 | break |
| 4:50 | P calls Harris |
| 5:50 | Adjourn |

**March 4, 2020**

| | |
|---|---|
| 8:30 | Harris testimony, cont'd |
| 8:45 | Cross harris |
| 9:25 | redirect |
| 9:38 | recross |
| 9:41 | re-redirect |
| 9:42 | P calls Walter McCullough; he's not present |
| | P moves several exhibits |
| | P rests |
| | D calls Jose Alba |
| 10:10 | break |
| 10:17 | cross Alba |
| 11:00 | redirect Alba |
| 11:02 | D calls Pagan |
| 11:08 | Cross Pagan |
| 11:12 | D calls Laura Rees |
| 11:20 | cross Rees |
| 11:25 | attorneys discuss stipulation |
| 11:27 | P calls Landers |
| 11:30 | both sides rest subject to stipulation. Jury out. D moves for dismissal of failure to intervene claim against McCullough. P opposes motion and moves for missing witness instruction re McCullough. Discussion of instructions and verdict forms. Break. |
| 2:00 | Court rules on McCullough issues. Discussion on the record of instructions and verdict forms. |
| | Closing Arguments |
| | Instructions |
| 6:15 | jury gets case |
| 8:45 | verdict |