# EXHIBIT 1

## CONTINGENT FEE AGREEMENT

JIMMY HARRIS (hereinafter collectively referred to as "Client") hereby retains the law firm of Cade Law Group LLC or its assignees (hereinafter referred to as "Attorney"), to represent Client as legal counsel for all purposes in connection with Client's lawsuit, E.D. Wisconsin Case No. 14-CV-0002 (the "Dispute"), against the City of Milwaukee, Froilan Santiago, Mark Kapusta, Steven Stelter, Chief Edward Flynn and Sergeant Walter McCulough (hereinafter collectively referred to as "Defendant"). This Agreement shall be effective as of the date signed by both of the parties to the Agreement (i.e. this Agreement is not in effective until Attorney have signed it).

Client and Attorney agree to the following terms and conditions of Attorney's representation of Client in the above matter:

1. Client agrees to fully cooperate with Attorney. Neither Attorney nor Client will settle the case without the other's approval, and approval will not be unreasonably withheld by either party.

2. Client will pay Attorney for the services provided a specified percentage of the net amount recovered by settlement or judgment in the Dispute, as noted below in this paragraph, and Attorney hereby is given a lien for said amount pursuant to § 757.36, Wis. Stats.

Attorney shall recover the following net amount percentages -

A. Thirty-Three and one third ($33^{1/3}\%$) of the net amount recovered between the signing of this Contingent Fee Agreement and up to and including any trial of the Dispute; and,

B. Forty ($40\%$) of the net amount recovered for any appeal after trial of the Dispute.

**IN THE EVENT OF NO RECOVERY, CLIENT SHALL NOT OWE ATTORNEY ANY FEES FOR SERVICES RENDERED, EXCEPT THE FEES SPECIFICALLY OUTLINED IN THIS CONTINGENT FEE AGREEMENT. HOWEVER, CLIENT SHALL BE RESPONSIBLE FOR PAYMENT OF ANY COSTS INCURRED AS SET FORTH IN THIS AGREEMENT.**

3. Client understands that Client could retain Attorney to represent Client in the Disute and compensate Attorney on an hourly basis, at rates up to **$395.00** per hour, for all work performed, but Client expressly declines to do so.

4. Client agrees to pay all costs of investigation, preparation and presentation of Client's claim as part of the Dispute within thirty (30) days of demand by Attorney to do so. The costs include, but are not limited to, fees for

filing suit and service of pleadings, fees to retain experts, Attorney's office expenses such as postage, telephone charges, and copying, deposition costs, costs of obtaining records or reports of any nature, if necessary, travel expenses, computer research and any other out-of-pocket costs associated with pursuing Client's claim. Client and Attorney agree that Client will not be required to place any funds into Attorney's Trust Account prior to Attorney beginning to perform work on the Dispute.

5. The amount of recovery shall include the total amount of settlement or judgment and will include any taxable costs, interest, attorney's fees or other costs or fees awarded to Client by a Court or jury.

6. Client authorizes any settlement or judgment amounts to be paid to Attorney's trust account for disbursement to Client, or to be paid by two-party check to both Client and Attorney. Client authorizes Attorney to deduct its fees from the recovery, and to reimburse costs advanced by Attorney in the case or Lawsuit. Client also authorizes Attorney to deduct from Client's share of the recovery proceeds amounts to pay any other professionals for unpaid services rendered to Client, or other debts incurred on behalf of or by Client connected with Client's claim or the Dispute.

7. All services rendered by Attorney and its employees are included in this Contingent Fee Agreement.

8. CLIENT AGREES THAT ATTORNEY HAS MADE NO PROMISES OR GUARANTEES REGARDING THE OUTCOME OF CLIENT'S CLAIM. Client understands Attorney shall have the right to withdraw from this Agreement at any time on written notice to Client for cause. It is further agreed that if a settlement offer is tendered in the case by any Defendant(s) in the Dispute, and Attorney believe in good faith that settlement should be accepted and communicates this to the Client and Client does not agree to the settlement offer, Attorney may require Client advance the reasonable cost of the trial in this case at least fifteen (15) days prior to any trial. In the event the Client refuses to accept a reasonable settlement offer, and refuses to advance costs as requested, Client thereby agrees to permit Attorney to withdraw from the case.

9. Retention, Delivery and Destruction of Files: Attorney will scan and store all of Client's files in electronic PDF format and destroy all hard-copy (paper) files given to or received by Attorney immediately after scanning, unless such paper file is an original and/or is required by law to be maintained. Attorney will store at their expense all relevant PDF files relating to the Representation for a period of up to six (6) year following termination of the Representation and may thereafter destroy same without further notice to Client. In addition, Attorney will store all relevant PDF files relating to property of Client that Attorney hold in trust for a period of six (6) years and may thereafter destroy same without further notice to Client. Subsequently, Client may request in writing that Attorney make

available to Client or Client's designee any PDF files in Attorney's possession. Within fourteen (14) days of receipt of such request, Attorney shall make electronic (not hard-copy) files available to be mailed from Attorney's office to Client.

10. Electronic Signatures and Copies: Client further agrees that a digital signature shall be effective to prove assent to the terms of this Agreement. Furthermore, Client and Attorney agree that the terms of this Agreement may be proved through an electronic facsimile, including a scanned electronic copy in Portable Document Format ("PDF") or other digital format, and that no "original" hard-copy document shall be retained by Attorney to prove the terms of this Agreement.

11. Notices: All notices shall be provided to the parties at the addresses or email addresses set forth below.

I/We have read this contract, have received a copy thereof, and agree to its terms and conditions. There are no other agreements, oral or written, between Client and Attorney relating to fees, expenses and costs, except as specifically referenced herein, effective as of the date of this Agreement.

Date: 9/8/16

By: _____
Jimmy Harris

CADE LAW GROUP LLC

Date: 9/9/16

By: _____
Nathaniel Cade, Jr., Member

3