UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JIMMY L. HARRIS,

    Plaintiff,

    v.

Case No.: 14-CV-1002

CITY OF MILWAUKEE, OFFICER FROILAN SANTIAGO, OFFICER MARK KAPUSTA, OFFICER STEVEN STELTER, and SERGEANT WALTER McCULLOUGH,

    Defendants

## ORDER

Based on the March 20, 2020 Stipulation of the parties,

1. The Court shall take no action on Plaintiff's Motion for Legal fees and Costs, Dkt. #152, for at least sixty (60) days after March 20, 2020 while the parties finalize their settlement of this matter.

Dated: 3/24/20

BY THE COURT:

s/Lynn Adelman
LYNN ADELMAN
United States District Court judge