UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JIMMY L. HARRIS,

    Plaintiff,

v.                                                                         Case No. 14-CV-1002-LA

CITY OF MILWAUKEE, OFFICER FROILAN
SANTIAGO, OFFICER MARK KAPUSTA,
OFFICER STEVEN STELTER, and
SERGEANT WALTER MCCULLOUGH,

    Defendants.
_____

## STIPULATION FOR DISMISSAL
_____

IT IS HEREBY STIPULATED and agreed by and among the parties by their counsel that the above-captioned action may be dismissed with prejudice and without costs to any party.

Dated: May 11, 2020                                  **CADE LAW GROUP LLC**

                                                                   s/Nathaniel Cade, Jr.
                                                                   NATHANIEL CADE, JR.
                                                                   Attorneys for the Plaintiff

Dated: May 11, 2020                                  **TEARMAN SPENCER**
                                                                   City Attorney

                                                                   s/Naomi Gehling
                                                                   Deputy City Attorney
                                                                   Attorneys for the Defendants