UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JIMMY L. HARRIS,

    Plaintiff,

    v.                                         Case No. 14-CV-1002-LA

CITY OF MILWAUKEE, OFFICER FROILAN
SANTIAGO, OFFICER MARK KAPUSTA,
OFFICER STEVEN STELTER, and
SERGEANT WALTER MCCULLOUGH,

    Defendants.

---

## ORDER
---

    Pursuant to the Stipulation between the parties, IT IS HEREBY ORDERED that all claims remaining in the above-captioned matter are dismissed, upon their merits, and with prejudice, but without additional costs to any party.

BY THE COURT:

_____
LYNN ADELMAN
District Court Judge